# AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Case No.: 13-CV-4571**
Return Date: 7/29/13

-------------------------------------------------------**X**

**PETER E. DEUTSCH,**

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

          Plaintiff/Petitioner, and

RECEIVER **ROBERT SEIDEN,**

          Plaintiff/Petitioner,

  - against -

**ZST DIGITAL NETWORKS, INC.,**

          Defendant/Respondent, and

**DUANE MORRIS LLP,**

          Garnishee.
-------------------------------------------------------**X**

STATE OF NEW YORK; COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Tuesday, July 2, 2013, at 1:18 P.M. deponent **served** the within **Notice of Petition, Verified Petition** for Special Proceeding and Turnover of Judgment Debtors' Property, Including Property Held by Garnishee and **Affirmation in Support of Verified Petition** for Special Proceeding and Turnover of Judgment Debtors' Property, Including Property Held by Garnishee

Upon:      **Duane Morris LLP**
Located at:   1540 Broadway, 12th Floor, New York, New York 10036-4086

### Law Firm Service:

by delivering there at a true copy of the aforesaid documents to **Duane Morris LLP** personally, at their usual place of business within the state. Deponent knew said law firm so served to be the law firm described in the Notice of Petition, Verified Petition and Affirmation in Support of Verified Petition. Deponent knew said individual served to be **Onika D. McLean**, Managing Clerk, and the person in charge at the time of service, thereof and she stated that she was authorized to accept service of process for Duane Morris LLP.

Onika D. McLean's Description: African American, Black Skin, Female, Black Hair, 35 Years Old, 5' 4" and 155 Lbs.

                     **Corey Guskin**

                     License # 1094475

Sworn to before me this 3rd day of July, 2013

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2014