DAVID GRAFF (DG7011)
SHVETA KAKAR (SK0311)
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
Dgraff@andersonkill.com
Skakar@andersonkill.com

*Attorneys for Petitioners Peter E. Deutsch and Receiver Robert Seiden*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER E. DEUTSCH, <br><br> Plaintiff/Petitioner, and <br><br> RECEIVER ROBERT SEIDEN, <br><br> Plaintiff/Petitioner, <br><br> vs. <br><br> ZST DIGITAL NETWORKS, INC., <br><br> Defendant/Respondent, <br><br> and <br><br> DUANE MORRIS LLP, <br><br> Garnishee. | **AMENDED NOTICE OF PETITION** <br><br> Case No.  13-cv-4571 |

**PLEASE TAKE NOTICE** that, upon the accompanying Verified Petition for Special Proceeding and Turnover of Judgment Debtors' Property, Including Property Held By Garnishee filed on July 1, 2013, the annexed affirmation of David Graff, dated July 1, 2013 together with the exhibits annexed thereto and made a part thereof, petitioners **PETER E. DEUTSCH and RECEIVER ROBERT SEIDEN**, by its attorneys, Anderson Kill & Olick, P.C., shall move the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on August 5, 2013 at 4:00 pm, or as soon thereafter as counsel may be heard, for an order, pursuant to Federal Rules of Civil Procedure 69, N.Y. Civil

{10860136:1}
nydocs1-1015278.1

Practice Law and Rules ("CPLR") Articles 4 and 52, as and for its Verified Petition for Special Proceedings and Turnover of Judgment Debtor's Property Held by Garnishee, Duane Morris LLP ("Duane Morris" or "Garnishee"), and for such other, further or different relief as this Court deems just proper and equitable.

Dated: New York, New York
July 17, 2013

                               **ANDERSON KILL & OLICK, P.C.**

                               By: ___/s/ David Graff_____
                                               David Graff, Esq,

1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000
skakar@andersonkill.com

*Attorneys for Petitioners*
*Peter E. Deutsch and*
*Receiver Robert Seiden*

**To:**
**ZST Digital Network, Inc.**
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

**To:**
**Duane Morris LLP**
1540 Broadway
New York, NY 10036-4086