UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER E. DEUTSCH,<br>    Plaintiff/Petitioner, and<br><br>RECEIVER ROBERT SEIDEN,<br>    Plaintiff/Petitioner,<br><br>vs.<br><br>ZST DIGITAL NETWORKS, INC.,<br>    Defendant/Respondent,<br><br>and<br><br>DUANE MORRIS, LLP,<br>    Garnishee. | Case No. |

## AFFIDAVIT OF SERVICE

I, Jason Santiago, being duly sworn and deposed says:

I am over eighteen years of age. I am employed by Digital Legal, LLC. I am not a party to this action.

On, Tuesday, July 2, 2013, I served true and correct copies of the following documents:

- Verified Petition for Special Proceeding and Turnover of Judgment Debtors' Property, Including Property Held By Garnishee
- Affirmation in Support of Verified Petition for Special Proceeding and Turnover of Judgment Debtors' Property, Including Property Held By Garnishee

on ZST Digital Networks, Inc., by serving its registered agent, Susan Rhea, of Corporation Service Company, located 2711 Centerville Road, Wilmington, Delaware 19808.

NAME

DATE: July 2, 2013