UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER E. DEUTSCH,<br>    Plaintiff/Petitioner, and<br><br>RECEIVER ROBERT SEIDEN,<br>    Plaintiff/Petitioner,<br><br>vs.<br><br>ZST DIGITAL NETWORKS, INC.,<br>    Defendant/Respondent,<br><br>and<br><br>DUANE MORRIS, LLP,<br>    Garnishee. | Case No. 13-cv-4571 |

## AFFIDAVIT OF SERVICE

I, __Tim Rhoads__, being duly sworn and deposed says:

I am over eighteen years of age. I am employed by Digital Legal, LLC. I am not a party to this action.

On, Friday, July 19, 2013, I served true and correct copies of the following documents:

- Amended Notice of Petition

on ZST Digital Networks, Inc., by serving its registered agent, __Susan Rhea__, of Corporation Service Company, located 2711 Centerville Road, Wilmington, Delaware 19808.

_____        __July 19, 2013__
NAME                                                                      DATE

_____
NOTARY PUBLIC

[Notary seal: JEFFREY A. LOW, MY COMMISSION EXPIRES DEC. 14, 2013, NOTARY PUBLIC STATE OF DELAWARE]

{975.001-W0026996.}