IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER E. DEUTSCH,<br>　　　Plaintiff/Petitioner, and<br>RECEIVER ROBERT SEIDEN,<br>　　　Plaintiff/Petitioner,<br>vs.<br>ZST DIGITAL NETWORKS, INC.,<br>　　　Defendant/Respondent,<br>and<br>DUANE MORRIS LLP,<br>　　　Garnishee. | Case No. 13-cv-4571<br><br>**AFFIDAVIT OF SERVICE** |

　　　ERIC BURNSIDE, SR., being duly sworn, deposes and says:

　　　Deponent is not a party to the action, is over 18 years of age and is employed by Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

　　　On July 19, 2013, at 3:40 p.m., deponent personally served a true copy of an **AMENDED NOTICE OF PETITION** upon Duane Morris, LLP, 1540 Broadway, New York, NY 10036.

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Eric Burnside, Sr._
　　　　　　　　　　　　　　　　　　　　　　　　　　Eric Burnside, Sr.

Sworn to before me on this
24th day of July, 2013

_/s/ Donald Flynn_
Notary Public

DONALD FLYNN
NOTARY PUBLIC, State of New York
No. 01FL5046358
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires July 10, 2015

nydocs1-1016565.1