AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| ___PETER E. DEUTSCH et ano.___ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    13 CV 4571(RPP) |
| ___ZST DIGITAL NETWORKS, INC.,___ | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_ Duane Morris LLP, "Garnishee"  and defendant/respondent ZST Digital Networks, Inc. _____

Date:     ___07/26/2013___

*Fran M. Jacobs*
*Attorney's signature*

___Fran M. Jacobs   (0892)___
*Printed name and bar number*

Duane Morris LLP
1540 Broadway
New York, NY  10036

*Address*

fmjacobs@duanemorris.com
*E-mail address*

(212) 692-1060
*Telephone number*

(212) 692-1020
*FAX number*