UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PETER E. DEUTSCH,                                              :

                Plaintiff/Petitioner, and          :        Case No. 13 CV 4571 (RPP)

RECEIVER ROBERT SEIDEN,                                        :

                Plaintiff/Petitioner,              :        NOTICE OF MOTION
                                                              TO DISMISS

   -against-                                                   :

ZST DIGITAL NETWORKS, INC.,                                    :

                Defendant/Respondent,              :

   -and-                                                       :

DUANE MORRIS LLP,                                              :

                Garnishee.                         :
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the annexed declaration of J. Manly Parks, along with the exhibits thereto, and all the pleadings and proceedings herein, Garnishee Duane Morris LLP, Pro Se, and defendant/respondent ZST Digital Networks, Inc. will move this Court before the Hon. Robert P. Patterson, Jr., in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on August 22, 2013 at 10:00 A.M., for an order dismissing the petition of plaintiffs/petitioners Peter E. Deutsch and Robert Seiden, pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that the petition fails to state a claim upon which relief can be granted; and granting such other and further relief as the Court may deem just and proper.

      PLEASE TAKE FURTHER NOTICE that, in accordance with Local Rule 6.1(b), answering papers, if any, must be served and filed within fourteen days after service hereof.

DM1\4024125.3

Dated: New York, NY
       July 26, 2013

                                               DUANE MORRIS LLP

                                               By: *Fran M. Jacobs*
                                                     Fran M. Jacobs
                                                     Kevin Potere
                                          1540 Broadway
                                          New York, NY  10036
                                          (212) 692-1000
                                          Attorneys Pro Se and Attorneys
                                          for Defendant/Respondent

TO:    ANDERSON KILL & OLICK P.C.
          1251 Avenue of the Americas
          New York, NY  10020
          (212) 278-1000
          Attorneys for Plaintiffs/Petitioners