AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| PETER E. DEUTCH et ano. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 13 CV 4571(RPP) |
| ZST DIGITAL NETWORKS, INC., ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Duane Morris LLP, "Garnishee" and defendant/respondent ZST Digital Networks, Inc.

Date:    07/26/2013

*Attorney's signature*

Kevin P. Potere (KPP 7711)
*Printed name and bar number*

Duane Morris LLP
1540 Broadway
New York, NY 10036

*Address*

kppotere@duanemorris.com
*E-mail address*

(212) 471-1876
*Telephone number*

(212) 692-1020
*FAX number*