# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

David Graff, Esq.
Dgraff@andersonkill.com
212-278-1333



August 15, 2013

**Via Facsimile (212) 805-7917**

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: **Deutsch et. al. v. ZST Digital Networks, Inc. et. al.
(SDNY Nos. 13-CV-5460 and 13-CV-4571)**

Dear Judge Patterson:

We represent Mr. Peter E. Deutsch and the Receiver Robert Seiden in the above captioned matters. Matter 13-cv-5460 is a turnover petition against King & Wood Mallesons for property it holds of the judgment debtor ZST Digital Networks Inc. ("Judgment Debtor" or "ZSTN") and matter 13-cv-4571 is also a turnover petition against Duane Morris LLP for property it holds of the Judgment Debtor.

The Notice of Petition filed with the Court for matter 13-cv-5460 requested a hearing date of August 19, 2013. However, it is our understanding that this hearing date has yet to be added to the Court's calendar. It is also our understanding that oral argument has not been set for matter 13-cv-4571. Thus, in the interests of judicial economy, it is respectfully requested that both matters be set for hearing on the same date anytime after September 10, 2013 at the Court's convenience.

*Application granted.
Both hearings will be set
for 9/12/13 at 10.30 a.m.
So ordered.
Robert P. Patterson USDJ
8/16/13*

Respectfully submitted,
**Anderson Kill P.C.**

/s/ David Graff
David Graff, Esq.

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA ■ Burlington, VT
nydocs1-1017769.1

**Anderson Kill P.C.**

August 15, 2013
Page 2

Cc:

    Via First Class Mail
    ZST Digital Network, Inc.
    c/o Corporation Service Company
    2711 Centerville Road, Suite 400
    Wilmington, DE 19808

    -And-

    Via Email
    Duane Morris, LLP
    jmparks@duanemorris.com
    trschmul@duanemorris.com
    fmjacobs@duanemorris.com

    -And-

    Via First Class Mail
    King Wood & Mallesons
    444 Madison Avenue, 42nd Floor
    New York, New York 10022