# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

David Graff, Esq.
Dgraf@andersonkill.com
212-278-1333



**Via Facsimile (212) 805-7917**

November 5, 2013

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Deutsch et. al. v. ZST Digital Networks, Inc. et. al.
      (SDNY Nos. 13-CV-5460 and 13-CV-4571)

Dear Judge Patterson:

We represent Mr. Peter E. Deutsch and the Receiver Robert Seiden in the above captioned matters. Matter 13-cv-5460 is a turnover petition against King & Wood Mallesons for property it holds of the judgment debtor ZST Digital Networks Inc. ("Judgment Debtor" or "ZSTN") and matter 13-cv-4571 is also a turnover petition against Duane Morris LLP for property it holds of the Judgment Debtor.

By letter dated August 15, 2013, we requested that oral argument for both matters be set on the same date and Your Honor granted said request so ordering an oral argument date of September 13, 2013. We then wrote on September 11, 2013 and October 2, 2013 requesting an adjournment of the oral arguments set for September 13, 2013 and October 4, 2013, respectiviely, due to the parties entering settlement negotiations. We now write to formally request another adjournment for the November 8, 2013 oral argument for both matters as settlement negotiations remain ongoing between the parties.

It is thus respectfully requested that oral argument for both matters be adjourned from November 8, 2013 until December 13, 2013. As previously stated, two prior adjournments have been requested for the September 13, 2013 and October 4, 2013 hearings. Further, the adversary consents to said adjournment.

Respectfully submitted,
**Anderson Kill P.C.**

/s/ David Graff
David Graff, Esq.

*[Handwritten memo endorsement: Application granted. So ordered. This is a final adjournment. Robert P. Patterson 11/5/13]*

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA ■ Burlington, VT
nydocs1-1022058.1

**Anderson Kill P.C.**

Honorable Robert P. Patterson
November 5, 2013
Page 2

cc:
    Via First Class Mail
    ZST Digital Network, Inc.
    c/o Corporation Service Company
    2711 Centerville Road, Suite 400
    Wilmington, DE 19808

    -And-

    Via Email
    Duane Morris, LLP
    *Attorneys for Duane Morris and King & Wood Mallesons*
    jmparks@duanemorris.com
    trschmul@duanemorris.com
    fmjacobs@duanemorris.com

nydocs1-1022058.1