```
Dci6deua                                                          1
```

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/14

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
     PETER E. DEUTSCH,
 3
                    Petitioner,
 4
          v.                              13 CV 4571(RPP)
 5                                        13 cv 5460 (RPP)
     DUANE MORRIS, LLP,
 6
                    Garnishee,
 7        v.

 8   ZST DIGITAL NETWORKS, INC.

 9                  Respondent

10   ------------------------------x
                                          New York, N.Y.
11                                        December 18, 2013
                                          10:00 a.m.
12
     Before:
13
                    HON. ROBERT P. PATTERSON, JR.,
14
                                          District Judge
15
                            APPEARANCES
16
     O'MELVENY & MYERS, LLP
17        Attorneys for Petitioner
     BY:  SHVETA KAKAR
18        RACHEL KIERYCH

19
     DUANE MORRIS, LLP
20        Attorneys for Garnishee
     BY:  FRAN MARCIA JACOBS
21

22

23
         See attached typewritten
24       Memo Endorsement

25
```

[Handwritten endorsement by Judge Patterson, dated 1/22/14, referencing Petitioner's turnover actions against Duane Morris LLP, 13 civ 4571, and against King Wood Mallesons New York, and against King Wood Mallesons Hong Kong (13 civ 5460), and against King Wood Mallesons Hong Kong, are dismissed for the reasons stated in this transcript and lack of jurisdiction over King Wood Mallesons Hong Kong.
So ordered.
Robert P Patterson 1/22/14]

```
              SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300
```

Case:      Deutsch, et al. v. Duane Morris, LLP v. ZST Digital Netwoarks, Inc.
Index No.  13 Civ. 4571 (RPP) and 13 Civ. 5460

**MEMO ENDORSEMENTS READ:**

 Petitioner's turnover action against Duane Morris, LLP (13 Civ. 4571), against King & Wood & Mallesons New York (13 Civ. 5460) and against King & Wood & & Mallesons Hong Kong are dismissed for the reasons stated in this transcript.

 So ordered.

      *Robert P. Patterson, Jr., U.S.D.J., 1/22/14*